UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA,

    Petitioner,

v.                                                       Case No:  2:15-mc-3-FtM-38CM

PHILLIP BERLIN,

    Respondent.
_____/

### ORDER[1]

This matter comes before the Court on United States of America's Notice of Voluntary Dismissal (Doc. #10) filed on March 24, 2015. Federal Rule of Civil Procedure 41(a)(1)(A), allows a plaintiff to dismiss a case without a court order. The Rule reads in pertinent part:

> Subject to Rules 23(e), 23.1, 23.2 and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:
> (i)    A notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; or
> (ii)    A stipulation of dismissal signed by all parties who have appeared.

Fed. R. Civ. P. 41(a)(1)(A).

In this instance, the United States notifies the Court pursuant to Rule 41(a)(1)(A)(i), that it voluntarily dismisses this summons enforcement action.

Accordingly, it is now

**ORDERED:**

---

[1] Disclaimer:  Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other Web sites, this court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.

Pursuant to the United States of America's Notice of Voluntary Dismissal ([Doc. #10](#)) and [Rule 41(a)(1)(A)(i)](#), the Petition to Enforce Internal Revenue Service Summons ([Doc. #1](#)) is **DISMISSED without prejudice**. The hearing currently scheduled on April 9, 2015, at 10:00 a.m., before United States Magistrate Judge Carol Mirando is hereby **CANCELED**. The Clerk is directed to close the file, terminate any pending motion, and enter judgment accordingly.

**DONE** and **ORDERED** in Fort Myers, Florida this 25th day of March, 2015.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  The Honorable Carol Mirando
         All Parties of Record